■ LAURENCE REEVE et al., Appellants, v ALBERT M. MARTOCCHIA et al., Constituting the Town Board of the Town of Southold, et al., Respondents.—In an action for a judgment declaring a certain amendment to the Zoning Ordinance of the Town of Southold to be invalid, plaintiffs appeal from a judgment of the Supreme Court, Suffolk County, entered December 10, 1975, which, after a nonjury trial, dismissed the complaint. Judgment modified, on the law, by deleting the provision which dismissed the complaint and substituting therefor a provision that the amendment to the Zoning Ordinance of the Town of Southold, which rezoned the property of defendant Bruce A. Norris from "A" Residential-Agricultural to "M" Light Multiple Residence, is valid in all respects. As so modified, judgment affirmed, with one bill of costs jointly to respondents, on the opinion of Mr. Justice Lipetz at Special Term. While we agree with the reasoning and result of the decision of the Special Term, the proper disposition of an action for a declaratory judgment is the making of an appropriate declaration, rather than dismissal of the complaint (see CPLR 3001; *Lanza v Wagner,* 11 NY2d 317, 334; *Liberty Coaches v Mobil Oil Corp.,* 51 AD2d 577). The judgment should be modified accordingly. Hopkins, Acting P. J., Latham, Damiani and Hawkins, JJ., concur.

■ EILEEN RUZZI et al., Appellants, v WILLIAM S. GINSBERG et al., Respondents, et al., Defendants.—In a negligence action to recover damages for personal injuries, plaintiffs appeal from an order of the Supreme Court, Rockland County, entered August 3, 1976, which denied their motion, *inter alia,* for a default judgment against respondents. Order affirmed, with $50 costs and disbursements. Defendants are directed to serve their answer within 10 days from the date of the order to be entered hereon. Respondents have presented a valid reason for their defaults in answering. Hopkins, Acting P. J., Latham, Damiani and Hawkins, JJ., concur.